**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Luxottica Group S.p.A. et al,

Plaintiff,

-against-

FRIENDS & FAMILY NY INC. et al,

Defendant.

---------------------------------------------------------------X

**ORDER ON CASE MANAGEMENT**

**26-CV-6371 (JHR) (JW)**

AND RELATED CASES

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The above-captioned action and related actions (26-cv-6384, 26-cv-6373, 26-cv-6387, 26-cv-6456, and 26-cv-6455) (together, the "Luxottica Cases") have been referred for General Pretrial management. Discovery will proceed under the Individual Rules of this Court. The Court orders the following:

1. All case management or pretrial conferences scheduled in any of the Luxottica Cases are **CANCELLED**. The Court will schedule an Initial Case Management Conference in due course. The Clerk of Court is respectfully requested to terminate any such conferences that remain in the Luxottica Cases.
2. Parties across all the Luxottica Cases are ordered to confer regarding consolidation of the actions. CPLR § 602. By **November 5, 2026,** Parties shall provide a joint status update outlining their positions on consolidation to the Court. This update should discuss whether any Party intends to move for consolidation and if so, whether Parties agree or if there is any opposition. If Parties are not in agreement, they shall propose a briefing schedule.

SO ORDERED.

DATED: New York, New York
October 21, 2026

JENNIFER E. WILLIS
United States Magistrate Judge